UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2012 AUG -1  P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

ATTACHMENT 1

Plaintiff: Radhika Majumdar

V.

Defendant: OCWEN Bank

CIVIL ACTION

NO._____

## COMPLAINT

### Parties

1. The Plaintiff is a resident of Lexington, Middlesex County, Massachusetts and a citizen of the United States.

2. The Defendant OCWEN Bank, resident of Florida, and a citizen of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### Facts

4. I, Radhika Majumdar deeded owner of 391 Lowell Street Lexington, attempted many times to contact OCWEN Bank who is headquartered in Florida, US, and maintains an office in India, for communication who claims the mortgage of my property. Over the last five years approximately I have been receiving communications from OCWEN Bank, my monthly statements and other correspondence related to my mortgage instead of Aegis Mortgage who originally started the loan. I was not notified of the transfer. Approximately on January 13th, 2007, my house had extensive water damages and ever since I went into depression because of my living condition, I couldn't work, I couldn't pay my

mortgage and fell behind due to increase in my payments. I have been trying to contact OCWEN Bank in India to demand the original note of my mortgage, to confirm the ownership, due to poor communication nobody knows what I was talking about. OCWEN Bank tried foreclosing my property several times, and I had to file bankruptcy every time spending thousands of dollars for attorneys to stop the auctions that was dated earlier in the past years, leading me to tarnish my credit rating. Now there is another auction scheduled on August 14th, 2012 at 5 pm.

5. I retained an attorney, named George Babcock located in Pawtucket, Rhode Island last year in August. He checked the title for the property and told me that the title has robo signature and OCWEN is not the real mortgagor and the title is clouded. He was going to pursue this issue by filing a case in the court, but unfortunately Mr. Babcock was diagnosed with a major illness, and he could not do much for me. Now I am unemployed and unable to retain an attorney to keep me with my housing situation, so I decided to go Pro SE. I wish the court can help me retain a counsel for me if possible. I feel very helpless, being a single mother with a dependant child, who is also being affected by this ordeal. I feel very threatened and intimidated by OCWEN Bank who is continuously harassing me of foreclosure, and are not proving themselves of ownership by producing the original promissory note.

6. Approximately in early 2011 I contemplated on short sale of my property due to the pressure and intimidation of OCWEN Bank. I did get a buyer and due to poor communication of the staff in OCWEN Bank in India, it was never executed. And also the attorney for the buyer mentioned that there was an issue with title and it is clouded. I requested the original promissory note from the staff of OCWEN

Bank in India, and nobody gave me a concrete answer, connecting me from one person to another, and various different departments with absolutely no results.

7. I, Radhika Majumdar (Pro SE) moves the court for the entry of an order halting the auction scheduled for August 14th, 2012 at 5 o'clock, and directing the defendant to produce the original signed promissory note to prove ownership of mortgage. And provide to plaintiff such other and further relief to which plaintiff may be justly entitled to under the circumstances.

*[Signature]*
August 1st, 2012

Radhika Majumdar
391 Lowell Street,
Lexington, Ma - 02420